# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>        Plaintiff,<br>   v.<br>JOHN DOE,<br><br>        Defendant. | Case No. 2:12-cv-8324-ODW(JCx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF SERVICE** |

     Under Federal Rule of Civil Procedure 4(m), defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). This action commenced on September 27, 2012—no proof of service has been filed with the Court, and Defendant has not appeared in this case.

     Plaintiff is hereby **ORDERED TO SHOW CAUSE** why Defendant has not been timely served. Plaintiff has 7 days to comply with this order; or if Defendant have been served, Plaintiff has 7 days to file the proof of service. Failure to respond will result in dismissal of this action.

     **IT IS SO ORDERED.**

Dated:      January 28, 2013

                                                    _____<br>
                                                      **OTIS D. WRIGHT, II**<br>
                                                **UNITED STATES DISTRICT JUDGE**